# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>  vs.<br><br>KASRA SADR (3),<br><br><br>         Defendant. | Case No. 13CR2774-JLS<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__   the Court has dismissed the case for unnecessary delay; or

_x_   the Court has granted the motion of the defendant for dismissal, without prejudice; or

__   the Court has granted the motion of the defendant for a judgment of acquittal; or
__   a jury has been waived, and the Court has found the defendant not guilty; or

__   the jury has returned its verdict, finding the defendant not guilty;

_x_   of the offense(s) as charged in the Indictment.

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/29/2016

                      _/s/ Janis L. Sammartino_
                      Hon. Janis L. Sammartino
                      United States District Judge