# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KASRA SADR (3),<br><br><br>　　　　　　　　　　　Defendant. | Case No. 13CR2774-JLS<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_　　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_　　the Court has dismissed the case for unnecessary delay; or

 x 　　the Court has granted the motion of the defendant for dismissal, without prejudice; or

\_\_　　the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_　　a jury has been waived, and the Court has found the defendant not guilty; or

\_\_　　the jury has returned its verdict, finding the defendant not guilty;

 x 　　of the offense(s) as charged in the Indictment.

　　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/29/2016

　　　　　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge